# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| ERIC FELIX, an individual, on behalf of himself and others similarly situated<br><br>Plaintiff,<br><br>v.<br><br>WM. BOLTHOUSE FARMS, INC.; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 1:19-cv-00312-AWI-EPG<br><br>[~~PROPOSED~~] ORDER AMENDING DEFENDANT'S DEADLINE TO RESPOND TO PLAINTIFF'S CLASS ACTION COMPLAINT<br><br>Complaint Filed: March 7, 2019 |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

Good cause appearing and pursuant to the stipulation of the Parties, IT IS HEREBY ORDERED that the deadline for Defendant to respond to Plaintiff's Complaint is extended to **May 3, 2019**.

IT IS SO ORDERED.

Dated: April 3, 2019

_____
SENIOR DISTRICT JUDGE

1

[PROPOSED] ORDER AMENDING DEFENDANT'S
DEADLINE TO RESPOND TO COMPLAINT
Case No. 1:19-cv-00312-AWI-EPG

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES