**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ERIC FELIX, an individual, on behalf of himself and others similarly situated,<br><br>       PLAINTIFF,<br><br>V.<br><br>WM. BOLTHOUSE FARMS, INC.; and DOES 1 thru 50, inclusive,<br>       DEFENDANTS. | CASE NO.  1:19-cv-00312-AWI-JLT<br><br>**[~~PROPOSED~~] ORDER REGARDING ADMINISTRATION TIMELINE AND NOTICE PACKET**<br><br>**(Doc. 30)** |

On January 7, 2020, the Court granted preliminary approval of the Parties' Class Action Release and Settlement Agreement (Doc. 29). On January 14, 2020, the parties stipulated to an administration timeline and hearing on the Motion for Final Approval and Notice Packet (Doc. 30-31). Thus, the Court **ORDERS**:

1. The Court **approves <u>in part</u>** the Notice Packet filed on January 14, 2020 (Doc. 31). The hearing on the motion for final approval is set <u>**on May 4, 2020**</u>.  **<u>Before mailing, the Notice Packet SHALL be amended to list May 4, 2020 as the hearing date and a copy of the amended Notice Packet SHALL be filed no later than January 21, 2020</u>**;

2. The deadline for Defendant to provide the Settlement Administrator with the Class List and Data is January 21, 2020;

3. The deadline for the Settlement Administrator to Mail the Notice Packets is February 15, 2020;

4. The deadline for Class Members to Opt Out or object is April 5, 2020;

5. Plaintiff's Motion for Final Approval is set on **May 4, 2020** at 9:00 a.m. with Plaintiff's Motion for Final Approval to be filed by April 10, 2020.


IT IS SO ORDERED.

Dated:   **January 15, 2020**              **/s/ Jennifer L. Thurston**
                                     UNITED STATES MAGISTRATE JUDGE