# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC FELIX, an individual, on behalf of himself and others similarly situated, <br><br> PLAINTIFF, <br><br> V. <br><br> WM. BOLTHOUSE FARMS, INC.; and DOES 1 thru 50, inclusive, <br> DEFENDANTS. | CASE NO. 1:19-cv-00312-AWI-JLT <br><br> **ORDER APPROVING NOTICE PACKET** <br><br> **(Doc. 33-1)** |

The parties have filed an amended notice packet (Doc. 33-1). Thus, the Court **ORDERS**:

1. The Court **approves** the Notice Packet filed on January 17, 2020 (Doc. 33-1).

IT IS SO ORDERED.

Dated: __**February 12, 2020**__          __**/s/ Jennifer L. Thurston**__
                                                         UNITED STATES MAGISTRATE JUDGE